1  PENNY M. COSTA (SBN 110373)
   costap@ballardspahr.com
2  **Ballard Spahr LLP**
   2029 Century Park East, Suite 800
3  Los Angeles, California 90067-2909
   Telephone: (424) 204-4331
4  Facsimile: (424) 204-4350

6  Attorneys for Plaintiffs

E-filing

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

BROADCAST MUSIC, INC.; MJ PUBLISHING TRUST d/b/a MIJAC MUSIC; MJ PUBLISHING TRUST d/b/a MIRAN PUBLISHING; HIP CITY MUSIC INC.; HIRIAM HICKS and ELLIOT STRAITE, a partnership d/b/a/ HIFROST PUBLISHING; EMI BLACKWOOD MUSIC, INC.; UNIVERSAL MUSIC MGB NA LLC d/b/a UNIVERSAL MUSIC CAREERS; CHARLES EDWARD HUGO, an individual d/b/a/ RAYNCHASER MUSIC; PHARRELL L. WILLIAMS, an individual d/b/a WATERS OF NAZARETH PUBLISHING; PLEASE GIMME MY PUBLISHING INC.; UNICHAPPELL MUSIC, INC; WARNER-TAMERLANE PUBLISHING CORP.; KEVIN WINSTON RUDOLF, an individual d/b/a LION AIRE PUBLISHING; YOUNG MONEY PUBLISHING, INC.

Plaintiffs,

v.

ABYSS ENTERTAINMENT GROUP, INC. d/b/a ABYSS NIGHTCLUB and CHIEN T. DUONG and CHUNG NGUYEN, each individually,

Defendants.

Case No. CV 09 5990

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

### JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338 (a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400 (a).

### THE PARTIES

3. Plaintiff, Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 320 West 57th Street, New York, New York 10019. BMI has been granted the right to license the public performance rights in approximately 6.5 million copyrighted musical compositions (the "BMI repertoire"), including those which are alleged herein to have been infringed.

4. The other Plaintiffs are the owners of the copyrights in the musical compositions which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Defendant Abyss Entertainment Group, Inc. is a corporation organized and existing under the laws of the state of California, which operates, maintains and controls an establishment known as Abyss Nightclub, located at 146 South Murphy Avenue, Sunnyvale, California 94086, in this district (the "Establishment").

6. In connection with the operation of this business, Defendant Abyss Entertainment Group, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

7. Defendant Abyss Entertainment Group, Inc. has a direct financial interest in the Establishment.

8. Defendant Chien T. Duong is an officer of Defendant Abyss

1  Entertainment Group, Inc. with primary responsibility for the operation and
2  management of that corporation and the Establishment.

3      9.    Defendant Chien T. Duong has the right and ability to supervise the
4  activities of Defendant Abyss Entertainment Group, Inc. and a direct financial
5  interest in that corporation and the Establishment.

6      10.    Defendant Chung Nguyen is an officer of Defendant Abyss
7  Entertainment Group, Inc. with primary responsibility for the operation and
8  management of that corporation and the Establishment.

9      11.    Defendant Chung Nguyen has the right and ability to supervise the
10 activities of Defendant Abyss Entertainment Group, Inc. and a direct financial
11 interest in that corporation and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

13     12.    Plaintiffs repeat and reallege each of the allegations contained in
14 paragraphs 1 through 11, which are incorporated herein by reference.

15     13.    Plaintiffs allege six (6) claims of copyright infringement, based upon
16 Defendants' unauthorized public performance of musical compositions from the
17 BMI repertoire. All of the claims for copyright infringement joined in this
18 Complaint are governed by the same legal rules and involve similar facts. Joinder
19 of these claims will promote the convenient administration of justice and will avoid
20 a multiplicity of separate, similar actions against Defendants.

21     14.    Annexed as the Schedule and incorporated herein is a list identifying
22 some of the many musical compositions whose copyrights were infringed by
23 Defendants. The Schedule contains information on the six (6) claims of copyright
24 infringement at issue in this action. Each numbered claim has the following eight
25 lines of information : Line 1 providing the claim number; Line 2 listing the title of
26 the musical composition related to that claim; Line 3 identifying the writer(s) of the
27 musical composition; Line 4 identifying the publisher(s) of the musical composition
28 and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the

date on which the copyright registration was issued for the musical composition; Line 6 indicating the Registration number(s); Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

15. Each of the musical compositions identified on the Schedule, Line 2, were created by the persons named on Line 3 (all references to Lines are lines on the Schedule).

16. On or about the dates indicated on Line 5, the publishers named on Line 4 (including any predecessors in interest) complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the numbers listed on Line 6.

17. On the dates listed on Line 7, Plaintiff BMI was and still is the licensor of the public performance rights in the musical compositions identified on Line 2. On the dates listed on Line 7, the Plaintiffs listed on Line 4 were and still are the owners of the copyright in the respective musical composition listed on Line 2.

18. On the dates listed on Line 7, Defendants performed and/or caused the musical compositions identified on Line 2 to be publicly performed at the Abyss Nightclub without a license or permission to do so. Thus, Defendants have committed copyright infringement.

19. The specific acts of copyright infringement alleged, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI repertoire at the Abyss Nightclub, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting

1  under their permission and authority, be enjoined and restrained from infringing, in
2  any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17
3  U.S.C. Section 502;
4      (II)   Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C.
5  Section 504(c);
6      (III)  Defendants be ordered to pay costs, including reasonable attorneys'
7  fees, pursuant to 17 U.S.C. Section 505; and
8      (IV)  That Plaintiffs have such other and further relief as is just and
9  equitable.
10 Respectfully submitted.

Dated: December 22, 2009

PENNY M. COSTA
BALLARD SPAHR LLP

*Penny M. Costa*
Penny M. Costa (SBN 110373)
2029 Century Park East, Suite 800
Los Angeles, California 90067
Telephone: (424) 204-4331
Facsimile: (424) 204-4350
Email: costap@ballardspahr.com
Attorneys for Plaintiffs

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Billie Jean |
| Line 3 | Writer(s) | Michael Jackson |
| Line 4 | Publisher Plaintiff(s) | MJ Publishing Trust d/b/a Mijac Music |
| Line 5 | Date(s) of Registration | 12/27/82 |
| Line 6 | Registration No(s). | PA 158-772 |
| Line 7 | Date(s) of Infringement | 03/01/09 |
| Line 8 | Place of Infringement | Abyss Nightclub |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Don't Stop a/k/a Don't Stop Till You Get Enough |
| Line 3 | Writer(s) | Michael Joe Jackson |
| Line 4 | Publisher Plaintiff(s) | MJ Publishing Trust d/b/a Miran Publishing |
| Line 5 | Date(s) of Registration | 6/18/79   8/11/80 |
| Line 6 | Registration No(s). | Pau 114-601  PAu 240-861 |
| Line 7 | Date(s) of Infringement | 7/26/09 |
| Line 8 | Place of Infringement | Abyss Nightclub |

| Line 1 | Claim No. | 3 | |
|---|---|---|---|
| Line 2 | Musical Composition | Poison | |
| Line 3 | Writer(s) | Elliot T. Straite | |
| Line 4 | Publisher Plaintiff(s) | Hip City Music Inc.; Hiriam Hicks and Elliot Straite, a partnership d/b/a Hifrost Publishing | |
| Line 5 | Date(s) of Registration | 8/14/89<br>6/7/90 | 3/19/90 |
| Line 6 | Registration No(s). | PAu 1-264-846<br>PA 475-115 | PAu 1-410-225 |
| Line 7 | Date(s) of Infringement | 12/21/08 | |
| Line 8 | Place of Infringement | Abyss Nightclub | |

| Line 1 | Claim No. | 4 | |
|---|---|---|---|
| Line 2 | Musical Composition | Milkshake | |
| Line 3 | Writer(s) | Pharrell Williams; Chad Hugo | |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc.; Universal Music MGB NA LLC d/b/a Universal Music Careers; Charles Edward Hugo, an individual d/b/a Raynchaser Music; Pharrell L. Williams, an individual d/b/a Waters of Nazareth Publishing | |
| Line 5 | Date(s) of Registration | 1/30/04 | 1/6/04 |
| Line 6 | Registration No(s). | PA 1-158-583 | PA 1-158-349 |
| Line 7 | Date(s) of Infringement | 2/28/09 | |
| Line 8 | Place of Infringement | Abyss Nightclub | |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Goldigger a/k/a Gold Digger |
| Line 3 | Writer(s) | Kanye Omari West; Ray Charles; Renalds Richard |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc.; Please Gimme My Publishing Inc.; Unichappell Music, Inc. |
| Line 5 | Date(s) of Registration | 9/21/05 |
| Line 6 | Registration No(s). | PA 1-162-405 |
| Line 7 | Date(s) of Infringement | 12/20/08 |
| Line 8 | Place of Infringement | Abyss Nightclub |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Let It Rock |
| Line 3 | Writer(s) | Kevin Rudolf; Dwayne Carter |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp.; Kevin Winston Rudolf, an individual d/b/a Lion Aire Publishing; Young Money Publishing, Inc. |
| Line 5 | Date(s) of Registration | 2/18/09 |
| Line 6 | Registration No(s). | PA 1-624-274 |
| Line 7 | Date(s) of Infringement | 5/24/09 |
| Line 8 | Place of Infringement | Abyss Nightclub |